Eliot R. Samulon, SBN: 67401
**POTTER, COHEN, SAMULON & PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: esamulon@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TAMAS HALASI, | ) Case No.: 2:18-10680 ADS |
| Plaintiff, | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $7,500.00 (Seven Thousand Five Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date:  6/2/2020          /s/ Autumn D. Spaeth
                         AUTUMN D. SPAETH
                         UNITED STATES MAGISTRATE JUDGE

-1-